# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing 547

2 January 2008

132792

AMYRUTH L. COOPER, by her Next Friend,
SHARON L. STROZEWSKI, and LORALEE
A. COOPER, by her Next Friend, SHARON L.
STROZEWSKI,
          Plaintiffs-Appellants,

v

AUTO CLUB INSURANCE ASSOCIATION,
          Defendant-Appellee.

_____

SC: 132792
COA: 261736
Washtenaw CC: 03-000367-NF

On order of the Court, the motion for rehearing is considered and, in lieu of granting rehearing, the opinion of the Court is amended by striking on pages 401 and 417 the language "Therefore, we reverse in part the judgment of the Court of Appeals and remand the case to the trial court for further proceedings consistent with this decision," and substituting in lieu thereof the language: "Therefore, we reverse in part the judgment of the Court of Appeals and remand the case to the Court of Appeals for it to address the remaining issues raised by the parties."

Cavanagh, Weaver and Kelly, JJ., would deny rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2008

_____
Clerk